UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM GAGNIER, | CASE NO. C09-0683-RSM-MAT |
| Petitioner, | |
| v. | ORDER RE: PENDING MOTIONS |
| U.S. BUREAU OF PRISONS, et al., | |
| Respondents. | |

Petitioner proceeds *pro se* in this habeas corpus action under 28 U.S.C. § 2241. There are a number of pending motions in this matter. Having considered those motions, the Court finds and ORDERS as follows:

(1) Petitioner filed a motion for appointment of counsel. (Dkt. 12.) There is no right to have counsel appointed in habeas cases unless an evidentiary hearing is required. *See McCleskey v. Zant*, 499 U.S. 467, 495 (1991); Rule 8(c) of the Rules Governing Section 2254 Proceedings for the United States District Courts. Although the Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice

so require" under 18 U.S.C. § 3006A, petitioner fails to demonstrate that the interests of justice would be best served by appointment of counsel in this matter. If the Court later orders an evidentiary hearing, counsel will be appointed assuming petitioner's continued indigent status.

(2) Petitioner filed a motion in opposition to any delays by respondents. (Dkt. 13.) Respondents subsequently filed a motion for an extension of time to file their answer, seeking a thirty-two day extension. (Dkt. 16.) Counsel for respondents explained that the case had been reassigned to her shortly before the response due date, that she would be out of the office on a previously scheduled vacation, and that she was responsible for multiple appellate briefs in other cases. (*Id*.) Petitioner opposed this request (Dkt. 17) and filed a motion for summary judgment based on respondents failure to submit a response by the original due date (Dkt. 18). Ten days after the date of the requested extension, respondents submitted a motion to permit a late-filed response, noting the Court had not yet ruled on their request for an extension and explaining that they miscalculated the date for their answer based on that extension. (Dkt. 20.) The Court finds both the original requested extension and the explanation for the late-filed response reasonable. It finds no basis for petitioner's objections or his request for summary judgment. Accordingly, petitioner's motion in opposition to any delays (Dkt. 13) and his motion for summary judgment (Dkt. 18) are DENIED, while respondents' motion for an extension of time (Dkt. 16) and motion for leave to file a late response (Dkt. 20) are GRANTED.

(3) The Clerk is directed to send copies of this Order to the parties and to the

01 Honorable Ricardo S. Martinez.

02     DATED this 23rd day of October, 2009.

                                        _____
                                        Mary Alice Theiler
                                        United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -3