UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAM GAGNIER,

          Petitioner,

      v.

U.S. BUREAU OF PRISONS, et al.,

          Respondent.

CASE NO. C09-683RSM

ORDER DISMISSING PETITION FOR HABEAS CORPUS

      The Court, having reviewed the petition for habeas corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, petitioner's objections thereto, and the balance of the file, does hereby find and ORDER:

      (1) After filing his objections to the Report and Recommendation, petitioner requested that the Court allow him to withdraw his petition for habeas corpus (Dkt. #32);

      (2) Respondent has not objected to the withdrawal of the petition;

      (3) The petition for habeas corpus is accordingly DISMISSED without prejudice; and

      (4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

      Dated this 2nd day of April, 2010.

                                      RICARDO S. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

ORDER - 1